# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-527
_____

IRENE PICCA,

   Appellant,

   v.

FLORIDA BOARD OF
ACCOUNTANCY, DEPARTMENT OF
BUSINESS AND PROFESSIONAL
REGULATION,

   Appellee.

_____


On appeal from the Florida Department of Business and
Professional Regulation, Board of Accountancy.
Veloria A. Kelly, Division Director.

March 25, 2019


PER CURIAM.

   AFFIRMED.

B.L. THOMAS, C.J., and WINOKUR, J., and KETCHEL, TERRANCE R.,
Associate Judge, concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Gigi Rollini of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., Tallahassee, for Appellant.

Jason L. Maine, General Counsel, Ross Marshman, Chief Appellate Counsel, and Megan E. Kachur, Chief Attorney, Department of Business and Professional Regulation, Tallahassee, for Appellee.